SELMA ROSENBAUM V. SALO ROSENBAUM.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Cohn, Breitel, Bastow and Botein, JJ. [See *ante*, p. 427.]

■

In the Matter of the Estate of EDWARD J. BARBER, Deceased. EDWARD J. BARBER, JR., et al., as Executors of EDWARD J. BARBER, Deceased, et al., Appellants; ETHEL A. BARBER, Respondent.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ. [See *ante*, p. 874.]

■

In the Matter of the Arbitration between WM. PENN FIRE INSURANCE CO., Appellant, and COMPANHIA DE SEGUROS A MUNDIAL, Respondent.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with $10 costs, and the stay contained in the order to show cause, dated March 3, 1955, vacated. Present — Peck, P. J., Cohn, Callahan, Bastow and Rabin, JJ. [See *ante*, p. 881.]

■

225 EAST 19TH STREET CORP. V. KIM SANDS et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs, and the stay contained in the order to show cause, dated March 4, 1955, vacated. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ. [See *ante*, p. 400.]

■

LELIA CRISTINA V. LOUIS KATZ et al., Doing Business as BERKSHIRE DRUGGISTS SUNDRIES SUPPLY CO.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ. [See *ante*, p. 870.]

■

MAE DIAMOND, as a Director and Stockholder of JAROLD SHOPS, INC., Suing on Behalf of Herself and the Right of Said Corporation, Respondent, v. EVELYN DIAMOND et al., Appellants. JAY L. ROTHSCHILD, Appellant.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ. [See *ante*, p. 870.]

■

SAMUEL PRESSER, on Behalf of Himself and All Other Contestants in the Independence Puzzle Contest Similarly Situated, v. KEITH S. SUTTON et al.— Motion for reargument denied, with $10 costs. Present — Peck, P. J., Cohn, Breitel and Bastow, JJ. [See *ante*, p. 364.]

■

WILLIAM J. LUTES, Appellant, v. SOL A. SHENK, Doing Business as SHENCO SALES COMPANY, et al., Respondents, and GOAL CREDIT CORPORATION, Third-Party Claimant-Appellant.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs, and the stay contained in the order to show cause, dated March 10, 1955, vacated. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ. [See *ante*, p. 416.]